

# NUMBER 13-22-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RENAISSANCE MEDICAL FOUNDATION,**                    **Appellant,**

**v.**

**REBECCA LUGO, INDIVIDUALLY AND AS
NEXT FRIEND OF XXXXX XXXXX, A MINOR,**                    **Appellee.**

---

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

On September 7, 2022, appellant Renaissance Medical Foundation (RMF) filed a petition for permissive interlocutory appeal seeking to challenge the trial court's denial of its motion for summary judgment in a personal injury suit brought by appellee Rebecca Lugo, individually and as next friend of her daughter. *See* TEX. R. APP. P. 28.3. The trial

court granted permission for RMF to file an interlocutory appeal of the order, identifying the following "controlling question of law": "Whether a Texas Nonprofit Corporation can be vicariously liable for the medical negligence of a physician employed by that Corporation for the purpose of providing medical services to patients." *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d). We denied the petition by memorandum opinion and judgment dated September 22, 2022. Appellant has now filed an "Amended Unopposed Motion for Rehearing" noting in part that the parties have stipulated that no fact questions are at issue.

Having reviewed appellant's motion, this Court is of the opinion that it is meritorious and should be granted.[1] Accordingly, we hereby GRANT the "Amended Unopposed Motion for Rehearing"; WITHDRAW our memorandum opinion and judgment of September 22, 2022; and GRANT permission to appeal. A notice of appeal is deemed to have been filed on this date. *See* TEX. R. APP. P. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f); TEX. R. APP. P. 28.1. We direct the Clerk of the Court to file a copy of this order with the trial court clerk. *See* TEX. R. APP. P. 28.3(k).

PER CURIAM

Delivered and filed on the
27th day of December, 2022.

---

[1] In light of the parties' agreement to seek a permissive appeal, we suspend the operation of Texas Rule of Appellate Procedure 49.2 on our own motion and grant the motion for rehearing without requesting a response. *See* TEX. R. APP. P. 2, 49.2.

2